TH:EJD
F. #2025R00680

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

VALMIR KRASNIQI and
AFRIM KUPA,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*   DECEMBER 11, 2025   *
BROOKLYN OFFICE

**I N D I C T M E N T**

Cr. No. <u>25-CR-385</u>
(T. 18, U.S.C., §§ 371, 1503, 2 and 3551
et seq.)

Judge Diane Gujarati
Magistrate Judge Taryn A. Merkl

THE GRAND JURY CHARGES:

<u>INTRODUCTION</u>

1. On or about and between November 3, 2025 and November 5, 2025, a petit jury was selected in the United States District Court for the Eastern District of New York for the criminal trial of <u>United States v. Goran Gogic</u>, docket number 22-CR-493 (JMA) (the "<u>Gogic</u> Trial"), a case in which a Class A felony was charged.

2. Juror-1, an individual whose identity is known to the Grand Jury, was selected to serve as a petit juror in the <u>Gogic</u> Trial.

3. The <u>Gogic</u> Trial was scheduled to commence on Monday, November 17, 2025.

<u>COUNT ONE</u>
(Conspiracy to Obstruct Justice)

4. The allegations contained in paragraphs one through three are realleged and incorporated as if fully set forth in this paragraph.

5.      On or about and between November 3, 2025 and November 17, 2025, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants VALMIR KRASNIQI and AFRIM KUPA, together with others, did knowingly and willfully conspire to corruptly endeavor to (a) influence, intimidate and impede a petit juror in the discharge of his or her duty in a court of the United States, to wit: the juror's service at the Gogic Trial in the United States District Court for the Eastern District of New York; and (b) influence, obstruct and impede the due administration of justice, to wit: by attempting to bribe a juror to vote not guilty in the Gogic Trial, contrary to Title 18, United States Code, Section 1503.

6.      In furtherance of the conspiracy and to effect its objects, within the Eastern District of New York and elsewhere, the defendants VALMIR KRASNIQI and AFRIM KUPA, together with others, did commit and cause the commission of, among others, the following:

### OVERT ACTS

a.      On or about November 13, 2025, KRASNIQI transmitted a photograph of Juror-1 to a coconspirator ("CC-1"), an individual whose identity is known to the Grand Jury, and asked CC-1 if CC-1 knew Juror-1.

b.      On or about November 13, 2025, KUPA met with CC-1. When they met, KUPA asked CC-1 to offer Juror-1 money in exchange for Juror-1 voting not guilty at the trial as to which Juror-1 was serving his jury duty. KUPA also informed CC-1 that Juror-1 would be paid $50,000 to $100,000 in exchange for Juror-1 voting not guilty at trial.

c. On or about November 16, 2025, CC-1, KRASNIQI and KUPA met to discuss the plan to pay Juror-1 money so that Juror-1 would vote not guilty at trial.

(Title 18, United States Code, Sections 371 and 3551 et seq.)

## COUNT TWO
### (Obstruction of Justice)

7. The allegations contained in paragraphs one through three are realleged and incorporated as if fully set forth in this paragraph.

8. On or about and between November 3, 2025 and November 17, 2025, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants VALMIR KRASNIQI and AFRIM KUPA, together with others, did knowingly, intentionally and corruptly endeavor to (a) influence, intimidate and impede a petit juror in the discharge of his or her duty in a court of the United States, to wit: the juror's service at the Gogic Trial in the United States District Court for the Eastern District of New York; and (b) influence, obstruct and impede the due administration of justice, to wit: by attempting to bribe a juror to vote not guilty at the Gogic Trial.

(Title 18, United States Code, Sections 1503, 2 and 3551 et seq.)

A TRUE BILL

/s/

_____
FOREPERSON

By: *Whitman G.S. Knapp, AUSA*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK